## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| JOYCE JACKSON, | : | No. 55 WAL 2018 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (UPMC PRESBYTERIAN | : | |
| SHADYSIDE), | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 3rd day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.